On petitioner's petition for reconsideration filed January 8, reconsideration allowed; decision (152 Or App 153, 951 P2d 205 (1998)) withdrawn; reversed and remanded for reconsideration March 18, 1998

In the Matter of the Compensation of
Joyce L. Reedy, Claimant.
SAIF CORPORATION
and Parklane Northwest, Inc.,
*Petitioners,*

*v.*

Joyce L. REEDY,
McDonalds Corporation
and Liberty Northwest Insurance Corporation,
*Respondents.*

(WCB Nos. 96-03323, 95-10848; CA A97958)

952 P2d 1056

Michael O. Whitty, Appellate Counsel, for petition.

Before Riggs, Presiding Judge, and Deits, Chief Judge,* and Landau, Judge.

PER CURIAM

Reconsideration allowed; decision withdrawn; reversed and remanded for reconsideration in the light of 1997 amendments to ORS 656.262(10) by Oregon Laws, chapter 605, section 2. *Weyerhaeuser Co. v. Crisp,* 150 Or App 361, 945 P2d 1117 (1997).

---

* Deits, C. J., *vice* Leeson, J., resigned.